

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

ZACHARY W. CARTER
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

GARY MOY
*Senior Counsel*
Phone: (212) 356-3522
Fax: (212) 356-3509
gmoy@law.nyc.gov

December 16, 2015

**VIA ECF**
Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Jermaine Linton v. City of New York, et al.,
             15 CV 2556 (WFK) (MDG)

Your Honor:

       I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced action. Defendant City writes jointly with plaintiff pursuant to the Court's Order directing the parties to submit a status report regarding progress in settlement discussions. The undersigned respectfully informs the Court that the parties have had several settlement discussions and will continue engage in these negotiations.

       Thank you for your consideration herein.

Respectfully submitted,

/s/
Gary Moy
*Senior Counsel*

cc:    Justin Roper, Esq. (via ECF)